ABRAHAM PINKUS ET AL., PLAINTIFFS, v. FRITZ SIEGEL ET UX., DEFENDANTS.

Submitted February term, 1924—Decided May 26, 1924.

**Malicious Taking—Defense That Goods Taken Were Not Fixtures but Chattels.**

On rule, &c.

Before GUMMERE, CHIEF JUSTICE, and Justices MINTURN and BLACK.

For the plaintiffs, *Stamler, Stamler & Koestler*.

For the defendant, *Abe J. David*.

28

PER CURIAM.

This suit was brought to recover damages for a malicious taking and carrying away certain goods from premises Nos. 460 and 462 Elizabeth avenue, Elizabeth, New Jersey. The defendants had sold to the plaintiffs the premises for $24,000 under a written contract dated October 26th, 1922, which contained this clause over which the dispute arose, viz.: "Front and back bar fixtures" and all other fixtures in buildings to remain except piano "and pictures on the wall." The trial resulted in a verdict for the plaintiffs for $2,500. The defense was the property in question was not fixtures, but chattels, and not within the terms of the contract, and which were not agreed to be sold. If this is not so, then it so argued, the value of the goods taken away by the defendant Siegel was not $2,500. We think the case was fairly tried and the jury was justified in finding the verdict that was reached. The rule to show cause is discharged.